


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

DEC 12 2023

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **SEALED** |
| v. | Case No. CR 23-210 RAW |
| JEREMY ROBERT HARRIS, | |
| Defendant. | |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

**POSSESSION OF AN UNREGISTERED FIREARM**
**[26 U.S.C. §§ 5841, 5845(a), 5861(d), & 5871]**

On or about September 25, 2023, in the Eastern District of Oklahoma, the defendant, **JEREMY ROBERT HARRIS,** did knowingly possess a firearm silencer to-wit: one (1) cylindrical metal device, no manufacturer's markings or serial number (ATF Exhibit 2), which was not registered to him in the National Firearms Registration and Transfer Record, as required by Chapter 53, Title 26, United States Code, in violation of Title 26, United States Code, Sections 5841, 5845(a)(7), 5861(d), and 5871.

## COUNT TWO

**FELON IN POSSESSION OF FIREARM AND AMMUNITION**
**[18 U.S.C. §§ 922(g)(1) & 924(a)(8)]**

On or about September 25, 2023, within the Eastern District of Oklahoma, the defendant, **JEREMY ROBERT HARRIS,** having previously been convicted of a crime punishable by

imprisonment for a term exceeding one year, and knowing of such conviction, did knowingly possess in and affecting commerce, a firearm and ammunition, to wit:

- One (1) Forjas Taurus SA (Taurus), Model PT 145, .45 ACP caliber semi-automatic pistol, serial number NYA56244;

- One (1) bag of ammunition, containing 5.56 x 45mm caliber ammunition, bearing headstamp LC;

- One (1) bag of ammunition, containing .50 Beowulf caliber ammunition, bearing headstamp ALEX-A;

- One (1) bag of ammunition, containing .22 caliber ammunition, bearing headstamp F; and

- One (1) bag of ammunition, containing .45 ACP caliber ammunition, bearing headstamp WIN,

which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION
## [18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c)]

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of the violation charged in Count One of this Indictment, involving violations of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8), the defendant, **JEREMY ROBERT HARRIS**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to:

- One (1) Forjas Taurus SA (Taurus), Model PT 145, .45 ACP caliber semi-automatic pistol, serial number NYA56244;

- Approximately one (1) bag of ammunition, containing 5.56 x 45mm caliber ammunition, bearing headstamp LC;

- Approximately one (1) bag of ammunition, containing .50 Beowulf caliber ammunition, bearing headstamp ALEX-A;

- Approximately one (1) bag of ammunition, containing .22 caliber ammunition, bearing headstamp F;

- Approximately one (1) bag of ammunition, containing .45 ACP caliber ammunition, bearing headstamp WIN; and

- One (1) cylindrical metal device, no manufacturer's marking or serial number (suspected firearm silencer),

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

_____
JESSICA BOVE, PA Bar #328892
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

3